# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DEBBIE JUDEN,**<br><br>Plaintiff,<br><br>v.<br><br>**WAL-MART STORES EAST, L.P.,**<br><br>Defendant. | Case No. 1:20-cv-00046-SRC |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff Debbie Juden, by and through her undersigned attorneys, Newton Barth, LLP, and herby stipulates and agrees as follows:

This action shall be dismissed in its entirety, with prejudice, each party to bear its' own attorneys' fees and costs.

Dated: April 13, 2021                                         Respectfully submitted,


*/s/ Brandy B. Barth*
Brandy B. Barth, #56668MO
**NEWTON BARTH, L.L.P.**
555 Washington Avenue
Suite 420
St. Louis, MO 63101
Telephone: 314.272.4490
Facsimile: 314.762.6710

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served by operation of the Court's electronic filing system upon the following:

Joseph M. Wientge, Jr.
Lillian T. Manning
Littler Mendelson, P.C.
600 Washington Avenue
Suite 900
St. Louis, MO 63101
jwientge@littler.com
lmanning@litter.com

*Attorneys for Defendant*

                                                                      */s/ Brandy B. Barth*